IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

VIRGINIA SUE CONNELL                                                              PLAINTIFF

v.                             CASE NO. 4:25-CV-00669-BSM

SOCIAL SECURITY ADMINISTRATION                                       DEFENDANT

## ORDER

Magistrate Judge Patricia S. Harris's findings and recommendation [Doc. No. 8] are adopted and Social Security Administration's unopposed motion to remand [Doc. No. 7] is granted. This case is remanded for further administrative proceedings, is a sentence four remand, and the clerk is directed to close this case.

IT IS SO ORDERED this 19th day of December, 2025.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE