# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**VIRGINIA SUE CONNELL**                                                                 **PLAINTIFF**

**v.**                            **CASE NO. 4:25-CV-00669-BSM**

**SOCIAL SECURITY ADMINISTRATION**                                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is remanded to the social security administration.

IT IS SO ORDERED this 19th day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE